20239, 20240.   COOPER *v.* THE STATE.

BROYLES, C. J. In each one of these cases the verdict was amply authorized by the evidence, and the motion for a new trial contained the usual general grounds only.

*Judgments affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 5, 1930.

W. I. Geer, for plaintiff in error.
F. E. Strickland, solicitor, contra.